JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresa E. Andrews,<br><br>                    Plaintiff,<br><br>v.<br><br>Western Dental Services, Inc.,<br><br>                    Defendants. | Case No.  CV 16-04113-AB (Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 11, 2017       _____
                            HON. ANDRÉ BIROTTE JR.
                            UNITED STATES DISTRICT JUDGE

1.